No. 716. LEWIS *v.* PENNSYLVANIA RAILROAD Co. Court of Appeals of Ohio, Franklin County. Certiorari denied. *C. Richard Grieser* for petitioner. *Robert L. Barton* and *John Eckler* for respondent.

No. 729. WILSON ET AL. *v.* WASHINGTON CONGREGATIONAL CHURCH. Supreme Court of Ohio. Certiorari denied. *R. B. Swartzbaugh* for petitioners. *Fred A. Smith* for respondent.

No. 730. WISCONSIN & MICHIGAN STEAMSHIP Co. *v.* CORPORATION AND SECURITIES COMMISSION. Supreme Court of Michigan. Certiorari denied. *Sparkman D. Foster* for petitioner. *Frank J. Kelley,* Attorney General of Michigan, *Robert A. Derengoski,* Solicitor General, and *T. Carl Holbrook* and *William D. Dexter,* Assistant Attorneys General, for respondent. ▮

No. 734. MOORE *v.* LOUISIANA. Supreme Court of Louisiana. Certiorari denied. *Carl Rachlin, Robert Collins, Nils Douglas* and *Floyd McKissick* for petitioner. *Jack P. F. Gremillion,* Attorney General of Louisiana, for respondent.

No. 738. TRAVITZKY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Jerome M. Feit* for the United States.

No. 762. DRANOW *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Morris A. Shenker* and *Jacques M. Schiffer* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Ronald L. Gainer* for the United States. ▮